UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LEE BARCLIFF,

               Petitioner,

           -against-

JOSEPH T. SMITH, Superintendent of Shawangunk
Correctional Facility,

               Respondent.
------------------------------------------------------------x

**ORDER**

09-CV-3396 (ENV)

VITALIANO, United States District Judge:

Per petitioner's request, petitioner's deadline to submit his reply is extended until March 5, 2010, and respondent shall promptly supply petitioner with copies of the three unpublished decisions cited in respondent's answer.

    SO ORDERED.

                                              ERIC N. VITALIANO
                                              United States District Judge

Dated: Brooklyn, New York
        February 9, 2010

